AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____CENTRAL_____ District of __CALIFORNIA_____

| | |
|---|---|
| 2DIE4KOURT, a California corporation, KIMSAPRINCESS INC., a California corporation, KHLOMONEY INC., a California corporation; KOURTNEY KARDASHIAN, an individual, KIM KARDASHIAN WEST, an individual, and KHLOE KARDASHIAN, an individual *Plaintiff(s)*<br>v.<br>HILLAIR CAPITAL MANAGEMENT LLC, a Delaware Limited Liability Company; HILLAIR CAPITAL INVESTMENTS LP, a Cayman Islands Limited Partnership; and HAVEN BEAUTY INC., a Delaware corporation; NEAL KAUFMAN, an individual; SEAN MCAVOY, an individual; *Defendant(s)*<br>and DOES 1 through 10, inclusive | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:16-CV-001304 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hillair Capital Management LLC
345 Lorton Avenue, Suite 303
Burlingame, CA 94010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael J. Kump
Jonathan Steinsapir
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Blvd., Third Floor
Santa Monica, CA 90401
Tel.: (310) 566-9800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0.00_____ for travel and $ __0.00_____ for services, for a total of $ __0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: